UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILLIAM SHAKESPEARE, et al., | Case No. 26-cv-05931-JST |
| Plaintiffs, | **ORDER OF RECUSAL** |
| v. | |
| ANTHROPIC PBC, et al., | |
| Defendants. | |

Finding myself disqualified, I hereby recuse from this case and request that it be reassigned pursuant to the Assignment Plan.  All pending dates are vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED**.

Dated:  June 18, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California