UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAKESPEARE, et al.,              ,

Plaintiff(s),

v.

ANTHROPIC PBC, et al.            ,

Defendant(s).

Case No. 5:26-cv-05931_____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Mark S. Kaufman_____, an active member in good standing of the bar of __New York_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiffs_____ in the above-entitled action. My local co-counsel in this case is __Steven Doniger_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __179314_____.

155 E.44th St.,19th Fl.,New York,NY 10706
MY ADDRESS OF RECORD

(212) 293-5556, ext. 2
MY TELEPHONE # OF RECORD

kaufman@kaufmankahn.com
MY EMAIL ADDRESS OF RECORD

603 Rose Ave.,Venice,CA 90291
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 590-1820
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

stephen@donigerlawfirm.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __2329621_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2026                                        Mark S. Kaufman
                                                            APPLICANT

===================================================

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark S. Kaufman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 30, 2026

HON. EUMI K. LEE
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                            2