UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WILLIAM SHAKESPEARE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANTHROPIC PBC, et al.,<br><br>        Defendants. | Case No. 26-cv-05931-EKL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable P. Casey Pitts for consideration of whether the case is related to *Cambronne Inc. v. Anthropic PBC*, No. 25-cv-10897-PCP.

**IT IS SO ORDERED.**

Dated: July 2, 2026

_____
EUMI K. LEE
United States District Judge

United States District Court
Northern District of California