**WHITE & CASE LLP**
YAR R. CHAIKOVSKY (CA 175421)
yar.chaikovsky@whitecase.com
ANDY LEGOLVAN (CA 292520)
andy.legolvan@whitecase.com
AMIR JABBARI (CA 339097)
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

ANNA B. NAYDONOV (*pro hac vice*
forthcoming)
anna.naydonov@whitecase.com
MARK DAVIES (*pro hac vice* forthcoming)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Attorneys for
Defendant Anthropic, PBC

GRACE YANG (CA Bar No. 286635)
MIRANDA KANE (CA Bar No. 150630)
HAYK ESAGHOULYAN (CA Bar No.
349050)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: gyang@conmetkane.com
mkane@conmetkane.com
hesaghoulyan@conmetkane.com
Attorneys for Dario Amodei and Benjamin
Mann

**JAMES H. BARTOLOMEI, III P.A.**
James H. Bartolomei III (SBN 301678)
Of Counsel at Duncan Firm, P.A.
Michael P. Manapol (SBN 258300)
809 W. 3rd Street
Little Rock, Arkansas 72201
Telephone: (501) 228-7600
james@duncanfirm.com
michael@manapollaw.com

**GAFNI & LEVIN, LLP**
Adam I. Gafni, Esq. (SBN 230045)
11811 San Vicente Blvd.
Los Angeles, California 90049
Telephone: (424) 744-8344
adam@gafnilaw.com

**DONIGER / BURROUGHS**
Stephen M. Doniger (SBN 179314)
Benjamin F. Tookey (SBN 330508)
Andres Navarro (SBN 358499)
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
stephen@donigerlawfirm.com
btookey@donigerlawfirm.com
anavarro@donigerlawfirm.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS WILLIAM SHAKESPEARE, NOLAN BUSHNELL, LAURA ESQUIVEL, CHARLES GLASS, J. RANDY TARABORRELLI, ROSE BOOKS, INC., TIFFANY ALICHE, KATHY SIERRA, BERT BATES, VINCE BEISER, CLARA | Case No.  3:26-cv-05931-PCP  **JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

Case No. 3:26-cv-05931

BINGHAM, SUSAN BLILER, BARBARA MARIE BONNEAU, CYLIN BUSBY, BUSBY ROSS INC., STEPHEN J. CALDAS, SCOTT CARNEY, ANNE CANADEO, JORDI CASTELLS, WAHIDA CLARK, WAHIDA CLARK PRESENTS PUBLISHING LLC, SUZANNE COPE, JULIE CROSS, RON CURRIE, JR., VICTORIA DAVID, MARCY DERMANSKY, JIM DIEUGENIO, ZACHARY SKLAR, JIM DUTCHER, JAMIE DUTCHER, GINNY DYE, SARAH EDMONDSON, INC., MARA EINSTEIN, RIP ESSELSTYN, JANE ESSELSTYN, BEN L. EVRIDGE, NIR EYAL, JON FINE, KAREN SIFF EXKORN, ISABELLE GALLO, STANLEY GINSBERG, REYNA GOBEL, DAVID GOODMAN, MATT GROSS, THOMAS GUZMAN-SANCHEZ, MINAL HAJRATWALA, BRENDA HAMPTON, DONNA BARBA HIGUERA, HUMAN RESOURCE DEVELOPMENT PRESS INC., BUZZY JACKSON, NICK JAMILLA, K. W. JETER, MATTHEW KENNEY, PAMELA KEOGH, LYNNETTE KHALFANI-COX, JOE KONRATH, MARGARET RATNER KUNSTLER, AS EXECUTRIX OF THE ESTATE OF WILLIAM MOSES KUNSTLER, MELISSA LANDERS, LORIE MOEGGENBERG, CAREY CORP, MARIE MYUNG-OK LEE, JOHN LELAND, BARRON LERNER, ARIEL MACARRAN, MAGGIE MACNAB, DEBRA BERNDT MALDONADO, ERIN SIEGAL MCINTYRE, KAREN MCQUESTION, GLEN MERZER, PAMELA POPPER, LINDSAY S. NIXON, HANNAH NORDHAUS, KATE O'HEARN, RANDAL PINKETT, MATTEO PISTONO, BRUCE RATNER, AS EXECUTOR OF THE ESTATE OF MICHAEL RATNER, ANDREW REVKIN, CHRISTOPHER RICCI, SARAH ELIZABETH RICHARDS, JULIAN RUBINSTEIN, DANNY RUST, ALLEN SALKIN, DANIELLE SANTIAGO-COFIELD, DEFOREST B. SOARIES, JR., JESSE STAY, GENE STONE, JORDANA ROTHMAN, ALEX STUPAK, EMPELLON HOLDINGS LLC, KIKI SWINSON, NATALIA SYLVESTER, BRENDA L. THOMAS, LISA TURNER, LEMUEL (BOO) WALKER, PATRICE WASHINGTON, BEN WESTHOFF, FLORENCE WILLIAMS, DAVID YOUNG, REBECCA ZANETTI, and

Judge: Hon. P. Casey Pitts

Courtroom 8 – 4th Floor

Case No. 3:26-cv-05931

KIRK ZUROSKY,

            Plaintiffs,

     v.

ANTHROPIC, PBC, a Delaware public benefit corporation; DARIO AMODEI, an individual, and BENJAMIN MANN, an individual,

            Defendants.

Pursuant to Civil Local Rules 6-1(a), and 7-12, Plaintiffs and Defendants Anthropic, PBC, Dr. Dario Amodei, and Benjamin Mann (together, "Defendants") through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiffs filed a Complaint on June 17, 2026 (Dkt. 1);

WHEREAS, Plaintiffs served Anthropic with the Complaint on June 24, 2026;

WHEREAS, Defendants Dario Amodei and Benjamin Mann waived service under Federal Rule of Civil Procedure 4(d), and their current deadline to respond to the Complaint is accordingly August 24, 2026;

WHEREAS, Plaintiffs intend to file a First Amended Complaint;

WHEREAS, the Parties agree this stipulation does not waive any claim, right, or defense;

WHEREAS, the Parties agree that a consented schedule for Plaintiffs to file their First Amended Complaint and for Defendants to file responsive pleadings (including a motion to dismiss) is reasonable and serves the interests of judicial economy and efficiency;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

1.      Plaintiffs will file their First Amended Complaint by August 10, 2026;

2.      Defendants must bring any motion to dismiss or file a responsive pleading to the First Amended Complaint no later than September 11, 2026;

3.      Defendants reserve all rights to seek a further extension of any answer deadlines;

4.      As the Court has already ruled, the Joint Case Management Statement is due by September 10, 2026; and the Initial Case Management Conference is set for September 17, 2026 at 1:00 PM in San Jose, Courtroom 8, 4th Floor before Judge P. Casey Pitts. Those deadlines are not affected by this stipulation.

DATED: July 14, 2026

/s/ Michael P. Manapol
**MICHAEL P. MANAPOL.**
James H. Bartolomei III (SBN 301678)
Of Counsel at Duncan Firm, P.A.
Michael P. Manapol (SBN 258300)
809 W. 3rd Street
Little Rock, Arkansas 72201
Telephone: (501) 228-7600
james@duncanfirm.com
michael@manapollaw.com

**GAFNI & LEVIN, LLP**
Adam I. Gafni, Esq. (SBN 230045)
11811 San Vicente Blvd.
Los Angeles, California 90049
Telephone: (424) 744-8344
adam@gafnilaw.com

**DONIGER / BURROUGHS**
Stephen M. Doniger (SBN 179314)
Benjamin F. Tookey (SBN 330508)
Andres Navarro (SBN 358499)
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
stephen@donigerlawfirm.com
btookey@donigerlawfirm.com
anavarro@donigerlawfirm.com

*Attorneys for Plaintiffs*

DATED: July 14, 2026

*/s/ Yar R. Chaikovsky*

**WHITE & CASE LLP**
Yar R. Chaikovsky
yar.chaikovsky@whitecase.com
Andy LeGolvan
andy.legolvan@whitecase.com
Amir Jabbari
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Anna B. Naydonov (*pro hac vice* forthcoming)
anna.naydonov@whitecase.com
Mark Davies (*pro hac vice* forthcoming)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant Anthropic, PBC*

DATED: July 14, 2026

*/s/ Grace Yang*

**CONRAD | METLITZKY | KANE LLP**
GRACE YANG
MIRANDA KANE
HAYK ESAGHOULYAN

*Attorneys for Defendants Dario Amodei and Benjamin Mann*

**<u>L.R. 5-1 SIGNATURE ATTESTATION</u>**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: July 14, 2026                              */s/Michael P. Manapol*