**JAMES H. BARTOLOMEI, III P.A.**
James H. Bartolomei III (SBN 301678)
Of Counsel at Duncan Firm, P.A.
Michael P. Manapol (SBN 258300)
809 W. 3rd Street
Little Rock, Arkansas 72201
Telephone: (501) 228-7600
james@duncanfirm.com
michael@manapollaw.com

**GAFNI & LEVIN, LLP**
Adam I. Gafni, Esq. (SBN 230045)
11811 San Vicente Blvd.
Los Angeles, California 90049
Telephone: (424) 744-8344
adam@gafnilaw.com

**DONIGER / BURROUGHS**
Stephen M. Doniger (SBN 179314)
Benjamin F. Tookey (SBN 330508)
Andres Navarro (SBN 358499)
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
stephen@donigerlawfirm.com
btookey@donigerlawfirm.com
anavarro@donigerlawfirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS WILLIAM SHAKESPEARE, et. al.,<br>*Plaintiffs*,<br>v.<br>ANTHROPIC PBC, et. al.,<br>*Defendant*s. | Case No. 5:26-cv-05931-PCP<br><br>**NOTICE OF ADR CERTIFICATIONS BY PLAINTIFFS AND COUNSEL PURSUANT TO CIVIL L.R. 16-8(B) AND ADR L.R. 3-5(B)** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), Plaintiffs hereby submit executed ADR Certifications by Parties and Counsel as follows for Plaintiffs Thomas William Shakespeare, Nolan Bushnell, Laura Esquivel, Charles Glass, J. Randy Taraborrelli, Rose Books, Inc., Tiffany Aliche, Kathy Sierra, Bert Bates, Vince Beiser, Clara Bingham, Susan Bliler, Barbara Marie Bonneau, Cylin Busby, Busby Ross Inc., Stephen J. Caldas, Scott Carney, Anne Canadeo, Jordi Castells, Matthew Chase, Wahida Clark, Wahida Clark Presents Publishing LLC, Suzanne Cope, Julie Cross, Ron Currie, Jr., Victoria David, Marcy Dermansky, Jim DiEugenio, Zachary Sklar, Jim Dutcher, Jamie Dutcher, Ginny Dye, Sarah Edmondson Inc., Mara Einstein, Rip Esselstyn, Jane Esselstyn, Ben L. Evridge, Nir Eyal, Jon Fine, Karen Siff Exkorn, Isabelle Gallo, Stanley Ginsberg, Reyna Gobel, David Goodman, Matt Gross, Thomas Guzman-Sanchez, Minal Hajratwala, Brenda Hampton, Donna Barba Higuera, Human Resource Development Press Inc., Buzzy Jackson, Nick Jamilla, K. W. Jeter, Matthew Kenney, Pamela Keogh, Lynnette Khalfani-Cox, Joe Konrath, Margaret Ratner Kunstler, as Executrix of the Estate of William Moses Kunstler, Melissa Landers, Lorie Moeggenberg, Carey Corp, Marie Myung-Ok Lee, John Leland, Barron Lerner, Ariel MacArran, Maggie Macnab, Debra Berndt Maldonado, Erin Siegal McIntyre, Karen McQuestion, Glen Merzer, Pamela Popper, Lindsay S. Nixon, Hannah Nordhaus, Kate O'Hearn, Randal Pinkett, Matteo Pistono, Bruce Ratner, as Executor of the Estate of Michael Ratner, Andrew Revkin, Christopher Ricci, Sarah Elizabeth Richards, Julian Rubinstein, Danny Rust, Allen Salkin, Danielle Santiago-Cofield, DeForest B. Soaries, Jr., Jesse Stay, Gene Stone, Jordana Rothman, Alex Stupak, Empellon Holdings LLC, Kiki Swinson, Natalia Sylvester, Brenda L. Thomas, Bruce Tulgan, Lisa Turner, Lemuel (Boo) Walker, Patrice Washington, Ben Westhoff, Florence Williams, David Young, Rebecca Zanetti, and Kirk Zurosky, which are attached as Exhibit A.

Dated: August 25, 2026

Respectfully submitted,

**JAMES H. BARTOLOMEI, III P.A.**

By: _/s/ James H. Bartolomei III_

James H. Bartolomei III
Michael P. Manapol, Of Counsel
809 W. 3rd Street
Little Rock, Arkansas 72201
Telephone: (501) 228-7600
james@duncanfirm.com
michael@manapollaw.com

**DONIGER / BURROUGHS**
Stephen M. Doniger (SBN 179314)
Benjamin F. Tookey (SBN 330508)
Andres Navarro (SBN 358499)
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
stephen@donigerlawfirm.com
btookey@donigerlawfirm.com
anavarro@donigerlawfirm.com

**GAFNI & LEVIN, LLP**
Adam I. Gafni, Esq. (SBN: 230045)
11811 San Vicente Blvd.
Los Angeles, California 90049
Telephone: 424.744.8344
adam@gafnilaw.com

*Attorneys for Plaintiffs*

## FILER'S ATTESTATION REGARDING SIGNATURES

I, James H. Bartolomei, am the CM/ECF user whose ID and password are being used to file this ADR Certification by Parties and Counsel. Pursuant to Civil Local Rule No. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories by written authority. Furthermore, I hereby attest that Plaintiffs' counsel has on file all original signatures corresponding to any conformed signature (/s/) within this e-filed document.

Dated: August 25, 2026

By: */s/ James H. Bartolomei*
James H. Bartolomei