# Exhibit A

| | |
|---|---|
| **From:** | James Bartolomei |
| **To:** | Jabbari, Amir; Michael Manapol; stephen@donigerlawfirm.com; btookey@donigerlawfirm.com; anavarro@donigerlawfirm.com; adam@gafnilaw.com |
| **Cc:** | Miranda Kane; Grace Yang; Hayk Esaghoulyan; Chaikovsky, Yar; LeGolvan, Andy; Naydonov, Anna; Cadence Havniear; Ashley Duncan; Richard Quintus |
| **Subject:** | RE: Shakespeare v. Anthropic et al, Case No. 3:26-cv-5931 (Scheduling) |
| **Date:** | Monday, July 13, 2026 9:51:52 AM |
| **Attachments:** | image002.png<br>image004.png<br>image005.png<br>Shakespeare - Joint Stipulation to Extend Time - JHB edits.docx |

Dear Counsel,

During the meet and confer on July 1, we only discussed a joint response date of August 24 for all defendants, which Plaintiffs consented. The Rule 26(f) schedule must proceed as currently set for September 17. Plaintiffs do not agree to tie discovery to a motion to dismiss or answer date. Attached are edits to the draft stipulation. If acceptable, please confirm and Plaintiffs will get it filed. Thank you.

James H. Bartolomei, Esq.
Of Counsel

DUNCAN FIRM
809 W. 3rd Street
Little Rock, Arkansas 72201

5318 E. 2nd Street, #893
Long Beach, California 90803

736 West End Avenue, #4
New York, New York 10025

501-228-7600 office
501-658-1341 mobile
501-228-0415 fax

Bio at Duncan Firm
Linkedin

I am licensed to practice law before the state courts in California, New York, Connecticut, Arkansas, Florida, and DC. Federal bars include the Eastern District of Arkansas, Western District of Arkansas, Southern District of New York, Eastern District of New York, Western District of New York, Central District of California, Northern District of California, Eastern District of California, Southern District of Florida, District of Colorado, District of Columbia, Northern District of Texas, Eastern District of Texas, Western District of Texas, Southern District of Texas, US Court of Federal Claims, Ninth Circuit Court of Appeals,

Second Circuit Court of Appeals, Eleventh Circuit Court of Appeals & US Supreme Court.

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s), and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify me immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system. NOTE: in some states, lawyers are required to notify all recipients of e-mail that 1) e-mail communications are not a secure method of communication, 2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from sender to recipient, 3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please advise me AT ONCE.

---

**From:** Jabbari, Amir <amir.jabbari@whitecase.com>
**Sent:** Friday, July 10, 2026 6:30 PM
**To:** James Bartolomei <James@duncanfirm.com>; Michael Manapol <michael@manapollaw.com>; stephen@donigerlawfirm.com; btookey@donigerlawfirm.com; anavarro@donigerlawfirm.com; adam@gafnilaw.com
**Cc:** Miranda Kane <mkane@conmetkane.com>; Grace Yang <gyang@conmetkane.com>; Hayk Esaghoulyan <HEsaghoulyan@conmetkane.com>; Chaikovsky, Yar <yar.chaikovsky@whitecase.com>; LeGolvan, Andy <andy.legolvan@whitecase.com>; Naydonov, Anna <anna.naydonov@whitecase.com>
**Subject:** RE: Shakespeare v. Anthropic et al, Case No. 3:26-cv-5931 (Scheduling)

Counsel:

As discussed, attached is a joint stipulation aligning all Defendants' response deadlines to August 24. If the draft works for you, let us know whose name should go on the signature line and we can file Monday.

Thanks,

Amir

**Amir Jabbari** | Associate
**T** +1 6505196488 **E** amir.jabbari@whitecase.com
White & Case LLP | 3000 El Camino Real | 2 Palo Alto Square, Suite 900 | Palo Alto, CA 94306-2109
WHITE & CASE

-----Original Appointment-----
**From:** James Bartolomei <James@duncanfirm.com>
**Sent:** Tuesday, June 30, 2026 5:29 AM

**To:** Naydonov, Anna; Michael Manapol; stephen@donigerlawfirm.com; btookey@donigerlawfirm.com; anavarro@donigerlawfirm.com; adam@gafnilaw.com; Grace Yang
**Cc:** Miranda Kane; Hayk Esaghoulyan; Chaikovsky, Yar; LeGolvan, Andy; Jabbari, Amir
**Subject:** [EXT] Shakespeare v. Anthropic et al, Case No. 3:26-cv-5931 (Scheduling)
**When:** Wednesday, July 1, 2026 3:00 PM-3:30 PM (UTC-06:00) Central Time (US & Canada).
**Where:** https://duncanfirm.zoom.us/j/86419728435?pwd=pT9TcsOph0FPNkfNWEafdwbuSgI5hI.1

1pm PT/3pm CT/4pm ET

https://duncanfirm.zoom.us/j/86419728435?pwd=pT9TcsOph0FPNkfNWEafdwbuSgI5hI.1

Meeting ID: 864 1972 8435
Passcode: 078564

---

One tap mobile
+13126266799,,86419728435# US (Chicago)
+16469313860,,86419728435# US

---

Join by SIP
• 86419728435@zoomcrc.com

Join instructions
https://duncanfirm.zoom.us/meetings/86419728435/invitations?signature=gfvaQsJ3TBkDdpO2CFErHejPnUO24jqIVH8PDvMQCrg

---

**From:** Naydonov, Anna <anna.naydonov@whitecase.com>
**Sent:** Tuesday, June 30, 2026 7:24 AM
**To:** James Bartolomei <James@duncanfirm.com>; Michael Manapol <michael@manapollaw.com>; stephen@donigerlawfirm.com; btookey@donigerlawfirm.com; anavarro@donigerlawfirm.com; adam@gafnilaw.com
**Cc:** Grace Yang <gyang@conmetkane.com>; Miranda Kane <mkane@conmetkane.com>; Hayk

Esaghoulyan <HEsaghoulyan@conmetkane.com>; Chaikovsky, Yar <yar.chaikovsky@whitecase.com>; LeGolvan, Andy <andy.legolvan@whitecase.com>; Jabbari, Amir <amir.jabbari@whitecase.com>
**Subject:** RE: Shakespeare v. Anthropic et al, Case No. 3:26-cv-5931

Thanks, James.

The proposed time works for Anthropic and the individual Defendants. Please circulate a dial-in.

Best, Anna

**Anna Naydonov** | Partner
**T** +1 202 637 6197 **M** +1 202 716 4034 **E** anna.naydonov@whitecase.com
White & Case LLP | 701 Thirteenth Street, NW | Washington, DC 20005-3807
WHITE & CASE

---

**From:** James Bartolomei <James@duncanfirm.com>
**Sent:** Monday, June 29, 2026 5:57 PM
**To:** Naydonov, Anna <anna.naydonov@whitecase.com>; Michael Manapol <michael@manapollaw.com>; stephen@donigerlawfirm.com; btookey@donigerlawfirm.com; anavarro@donigerlawfirm.com; adam@gafnilaw.com
**Cc:** Grace Yang <gyang@conmetkane.com>; Miranda Kane <mkane@conmetkane.com>; Hayk Esaghoulyan <HEsaghoulyan@conmetkane.com>; Chaikovsky, Yar <yar.chaikovsky@whitecase.com>; LeGolvan, Andy <andy.legolvan@whitecase.com>; Jabbari, Amir <amir.jabbari@whitecase.com>
**Subject:** [EXT] RE: Shakespeare v. Anthropic et al, Case No. 3:26-cv-5931

Good Afternoon Anna,

Nice to meet you. We have availability on Wednesday July 1 afternoon PT time. How is 1pm PT for Anthropic and the individual defendants? I can circulate a Zoom invite.

Thanks,

James H. Bartolomei, Esq.
Of Counsel

DUNCAN FIRM
809 W. 3rd Street
Little Rock, Arkansas 72201

5318 E. 2nd Street, #893
Long Beach, California 90803

736 West End Avenue, #4
New York, New York 10025

501-228-7600 office
501-658-1341 mobile
501-228-0415 fax

Bio at Duncan Firm
Linkedin

I am licensed to practice law before the state courts in California, New York, Connecticut, Arkansas, Florida, and DC. Federal bars include the Eastern District of Arkansas, Western District of Arkansas, Southern District of New York, Eastern District of New York, Western District of New York, Central District of California, Northern District of California, Eastern District of California, Southern District of Florida, District of Colorado, District of Columbia, Northern District of Texas, Eastern District of Texas, Western District of Texas, Southern District of Texas, US Court of Federal Claims, Ninth Circuit Court of Appeals, Second Circuit Court of Appeals, Eleventh Circuit Court of Appeals & US Supreme Court.

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s), and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify me immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system. NOTE: in some states, lawyers are required to notify all recipients of e-mail that 1) e-mail communications are not a secure method of communication, 2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from sender to recipient, 3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passes through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please advise me AT ONCE.

---

**From:** Naydonov, Anna <anna.naydonov@whitecase.com>
**Sent:** Friday, June 26, 2026 1:50 PM
**To:** James Bartolomei <James@duncanfirm.com>; Michael Manapol <michael@manapollaw.com>; stephen@donigerlawfirm.com; btookey@donigerlawfirm.com; anavarro@donigerlawfirm.com; adam@gafnilaw.com
**Cc:** Grace Yang <gyang@conmetkane.com>; Miranda Kane <mkane@conmetkane.com>; Hayk Esaghoulyan <HEsaghoulyan@conmetkane.com>; Chaikovsky, Yar <yar.chaikovsky@whitecase.com>; LeGolvan, Andy <andy.legolvan@whitecase.com>; Jabbari, Amir <amir.jabbari@whitecase.com>
**Subject:** Shakespeare v. Anthropic et al, Case No. 3:26-cv-5931

**IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender anna.naydonov@whitecase.com**

Counsel,

We have just been retained to represent Anthropic in the above-captioned case. I am also copying counsel for Dario Amodei and Benjamin Mann from CMK.

We think it makes sense to align the response deadlines for all the defendants. Please let us know if you agree to extend the deadline for Anthropic until August 24, 2026 to file a responsive pleading.

We would also like to set up a time to discuss the response deadlines and scheduling generally. Please let us know your availability early next week. Thanks.

Best, Anna

**Anna Naydonov** | Partner
**T** +1 202 637 6197 **M** +1 202 716 4034 **E** anna.naydonov@whitecase.com
White & Case LLP | 701 Thirteenth Street, NW | Washington, DC 20005-3807
WHITE & CASE

==========================================================================
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

==========================================================================

==========================================================================
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

=======================================================================
=======

=======================================================================
=======

This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

=======================================================================
=======

**WHITE & CASE LLP**
YAR R. CHAIKOVSKY (CA 175421)
yar.chaikovsky@whitecase.com
ANDY LEGOLVAN (CA 292520)
andy.legolvan@whitecase.com
AMIR JABBARI (CA 339097)
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

ANNA B. NAYDONOV (*pro hac vice* forthcoming)
anna.naydonov@whitecase.com
MARK DAVIES (*pro hac vice* forthcoming)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Attorneys for
Defendant Anthropic PBC

**JAMES H. BARTOLOMEI, III P.A.**
James H. Bartolomei III (SBN 301678)
Of Counsel at Duncan Firm, P.A.
Michael Manapol (SBN 258300)
809 W. 3rd Street
Little Rock, Arkansas 72201
Telephone: (501) 228-7600
james@duncanfirm.com
michael@manapollaw.com

**GAFNI & LEVIN, LLP**
Adam I. Gafni, Esq. (SBN 230045)
11811 San Vicente Blvd.
Los Angeles, California 90049
Telephone: (424) 744-8344
adam@gafnilaw.com

**DONIGER / BURROUGHS**
Stephen M. Doniger (SBN 179314)
Benjamin F. Tookey (SBN 330508)
Andres Navarro (SBN 358499)
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
stephen@donigerlawfirm.com
btookey@donigerlawfirm.com
anavarro@donigerlawfirm.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

THOMAS WILLIAM SHAKESPEARE, NOLAN BUSHNELL, LAURA ESQUIVEL, CHARLES GLASS, J. RANDY TARABORRELLI, ROSE BOOKS, INC., TIFFANY ALICHE, KATHY SIERRA, BERT BATES, VINCE BEISER, CLARA BINGHAM, SUSAN BLILER, BARBARA MARIE BONNEAU, CYLIN BUSBY, BUSBY ROSS INC., STEPHEN J. CALDAS, SCOTT CARNEY, ANNE CANADEO, JORDI CASTELLS, WAHIDA CLARK, WAHIDA CLARK PRESENTS PUBLISHING LLC, SUZANNE COPE, JULIE CROSS, RON CURRIE, JR., VICTORIA DAVID, MARCY DERMANSKY, JIM DIEUGENIO, ZACHARY SKLAR, JIM DUTCHER, JAMIE DUTCHER, GINNY DYE, SARAH EDMONDSON, INC., MARA EINSTEIN,

Case No. 3:26-cv-05931

**JOINT STIPULATION TO EXTEND ANTHROPIC'S TIME TO RESPOND TO THE COMPLAINT**

Judge: Hon. P. Casey Pitts

Courtroom 8 – 4th Floor

RIP ESSELSTYN, JANE ESSELSTYN, BEN L. EVRIDGE, NIR EYAL, JON FINE, KAREN SIFF EXKORN, ISABELLE GALLO, STANLEY GINSBERG, REYNA GOBEL, DAVID GOODMAN, MATT GROSS, THOMAS GUZMAN-SANCHEZ, MINAL HAJRATWALA, BRENDA HAMPTON, DONNA BARBA HIGUERA, HUMAN RESOURCE DEVELOPMENT PRESS INC., BUZZY JACKSON, NICK JAMILLA, K. W. JETER, MATTHEW KENNEY, PAMELA KEOGH, LYNNETTE KHALFANI-COX, JOE KONRATH, MARGARET RATNER KUNSTLER, AS EXECUTRIX OF THE ESTATE OF WILLIAM MOSES KUNSTLER, MELISSA LANDERS, LORIE MOEGGENBERG, CAREY CORP, MARIE MYUNG-OK LEE, JOHN LELAND, BARRON LERNER, ARIEL MACARRAN, MAGGIE MACNAB, DEBRA BERNDT MALDONADO, ERIN SIEGAL MCINTYRE, KAREN MCQUESTION, GLEN MERZER, PAMELA POPPER, LINDSAY S. NIXON, HANNAH NORDHAUS, KATE O'HEARN, RANDAL PINKETT, MATTEO PISTONO, BRUCE RATNER, AS EXECUTOR OF THE ESTATE OF MICHAEL RATNER, ANDREW REVKIN, CHRISTOPHER RICCI, SARAH ELIZABETH RICHARDS, JULIAN RUBINSTEIN, DANNY RUST, ALLEN SALKIN, DANIELLE SANTIAGO-COFIELD, DEFOREST B. SOARIES, JR., JESSE STAY, GENE STONE, JORDANA ROTHMAN, ALEX STUPAK, EMPELLON HOLDINGS LLC, KIKI SWINSON, NATALIA SYLVESTER, BRENDA L. THOMAS, LISA TURNER, LEMUEL (BOO) WALKER, PATRICE WASHINGTON, BEN WESTHOFF, FLORENCE WILLIAMS, DAVID YOUNG, REBECCA ZANETTI, and KIRK ZUROSKY,

Plaintiffs,

v.

ANTHROPIC, PBC, a Delaware public benefit corporation; DARIO AMODEI, an individual, and BENJAMIN MANN, an individual,

Defendants.

Pursuant to Civil Local Rules 6-1(a), and 7-11, Plaintiffs and Defendants Anthropic, PBC, Dario Amodei, and Benjamin Mann (together, "Defendants") through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, Plaintiffs filed a Complaint on June 17, 2026 (Dkt. 1);

WHEREAS, Plaintiffs served Anthropic with the Complaint on June 24, 2026;

WHEREAS, Defendants Dario Amodei and Benjamin Mann waived service under Federal Rule of Civil Procedure 4(d), and their deadline to respond to the Complaint is accordingly August 24, 2026;

WHEREAS, the Parties agree this stipulation does not waive any claim, right, or defense;

WHEREAS, the Parties agree that an extension of time for Anthropic to file a responsive pleading (including a motion to dismiss) is reasonable and serves the interests of judicial economy and efficiency;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

1. Defendants must bring any motion to dismiss by no later than August 24, 2026;

2. Defendants must answer the Complaint as needed within five weeks after the Court's order deciding any motion to dismiss;

3. The parties' joint Rule 26(f) report is due within five weeks after the Court's order deciding any motion to dismiss.

DATED: July , 2026

/*DRAFT*/

**JAMES H. BARTOLOMEI, III P.A.**
James H. Bartolomei III (SBN 301678)
Of Counsel at Duncan Firm, P.A.
Michael Manapol (SBN 258300)
809 W. 3rd Street
Little Rock, Arkansas 72201
Telephone: (501) 228-7600
james@duncanfirm.com
michael@manapollaw.com

**GAFNI & LEVIN, LLP**
Adam I. Gafni, Esq. (SBN 230045)
11811 San Vicente Blvd.
Los Angeles, California 90049
Telephone: (424) 744-8344
adam@gafnilaw.com

**DONIGER / BURROUGHS**
Stephen M. Doniger (SBN 179314)
Benjamin F. Tookey (SBN 330508)
Andres Navarro (SBN 358499)
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
stephen@donigerlawfirm.com
btookey@donigerlawfirm.com
anavarro@donigerlawfirm.com

*Attorneys for Plaintiffs*

DATED: July 13, 2026

*/DRAFT/ Yar R. Chaikovsky*

**WHITE & CASE LLP**
Yar R. Chaikovsky
yar.chaikovsky@whitecase.com
Andy LeGolvan
andy.legolvan@whitecase.com
Amir Jabbari
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Anna B. Naydonov (*pro hac vice* forthcoming)
anna.naydonov@whitecase.com
Mark Davies (*pro hac vice* forthcoming)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant Anthropic PBC*

DATED: July 13, 2026

/*DRAFT*/

**CONRAD | METLITZKY | KANE LLP**
GRACE YANG
MIRANDA KANE
HAYK ESAGHOULYAN

*Attorneys for Defendants Dario Amodei and Benjamin Mann*

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: July , 2026 */DRAFT/*