# EXHIBIT 1

## Works Whose Registration Names No Plaintiff as Claimant (67 works)

| No. | Asserting Plaintiff | FAC Basis | U.S. Copyright Reg. No. | Title of Work | Author of Work | Registered Claimant |
|---|---|---|---|---|---|---|
| 1 | Cope, Suzanne | FAC Ex. A row 87 | TX 8-059-191 | Small Batch: Pickles, Cheese, Chocolate, Spirits, and the Return of Artisanal Foods | Suzanne Cope | Rowman & Littlefield |
| 2 | Stone, Gene | FAC Ex. A row 350 | TX 8-587-168 | THE HOW NOT TO DIE COOKBOOK | Michael Greger; Gene Stone; Robin Robertson | MICHAEL GREGER, *** MACMILLAN PUBLISHING GROUP, LLC D/B/A FLATIRON BOOKS |
| 3 | Clark, Wahida | FAC Ex. A row 68 | TX0006008906 | Thugs and the women who love them :pt. 1 /Wahida Clark. | Louise Clark | Black Print Publishing, Inc. |
| 4 | Exkorn, Karen Siff | FAC Ex. A row 143 | TX0004000690 | Why should white guys have all the fun? : how Reginald Lewis created a billion-dollar business empire /Reginald F. Lewis and Blair S. Walker. | Loida Nicolas Lewis; Reginald F. Lewis; Blair S. Walker | Loida Nicolas Lewis |
| 5 | Human Resource Development Press Inc. | FAC Ex. A row 492 (¶ 80 block) | TX0006169849 | The process-based organization. | Jorge Macazaga | Gustavo Crosetto |
| 6 | Human Resource Development Press Inc. | FAC Ex. A row 486 (¶ 80 block) | TX0006049004 | Leading in tough times :the manager's guide to responsibility, trust, and motivation /Richard S. Deems, Terri A. Deems. | Richard S. Deems; Terri A. Deems | Richard S. Deems, & Terri A. Deems |
| 7 | Human Resource Development Press Inc. | FAC Ex. A row 494 (¶ 80 block) | TX0006170969 | Learning points : 100 activities and actions for E-communications excellence /Peter R. Garber. | Peter R. Garber | Peter R. Garber |
| 8 | Human Resource Development Press Inc. | FAC Ex. A row 515 (¶ 80 block) | TX0006459617 | Changes, cholices and consequences: a guide to mega thinking and planning. | Roger Kaufman | Roger Kaufman |
| 9 | Human Resource Development Press Inc. | FAC Ex. A row 514 (¶ 80 block) | TX0006459615 | Achieving high performance. | Richard F. Gerson | Richard F. Gerson |
| 10 | Human Resource Development Press Inc. | FAC Ex. A row 512 (¶ 80 block) | TX0006455580 | Leadership lessons from the game of golf. | Peter R. Garber | Peter R. Garber |
| 11 | Clark, Wahida | FAC Ex. A row 48 | TX0006008908 | Every thug needs a lady /by Wahida Clark. | Louise Clark; Wahida Clark | Black Print Publishing, Inc. |
| 12 | Human Resource Development Press Inc. | FAC Ex. A row 489 (¶ 80 block) | TX0006064147 | Creative training techniques handbook :tips, tactics and how-to's for delivering effective | Robert W. Pike | Robert W. Pike |

| No. | Asserting Plaintiff | FAC Basis | U.S. Copyright Reg. No. | Title of Work | Author of Work | Registered Claimant |
|---|---|---|---|---|---|---|
| | | | | training /by Robert W. Pike. | | |
| 13 | Bert Bates, Kathy Sierra | FAC Ex. A row 3 | TX0006164267 | Head first Java /Kathy Sierra, Bert Bates. | Kathy Sierra; Bert Bates | O'Reilly Media, Inc. |
| 14 | Human Resource Development Press Inc. | FAC Ex. A row 520 (¶ 80 block) | TX0006521252 | Learning points :89 activities and actions for coaching call center CSRs. | Peter R. Garber | Peter R. Garber |
| 15 | Human Resource Development Press Inc. | FAC Ex. A row 510 (¶ 80 block) | TX0006310039 | Leadership lessons from professional football. | Peter R. Garber | Peter R. Garber |
| 16 | Human Resource Development Press Inc. | FAC Ex. A row 522 (¶ 80 block) | TX0006540183 | Guaranteeing performance improvement. | Richard F. Gerson | Richard F. Gerson |
| 17 | Human Resource Development Press Inc. | FAC Ex. A row 519 (¶ 80 block) | TX0006518557 | The manager's pocket guide to using consultants. | David Newman | NRD Press, Inc. |
| 18 | Human Resource Development Press Inc. | FAC Ex. A row 531 (¶ 80 block) | TX0006849987 | Team Leader Workbook. | Sara Pope | Sara Pope |
| 19 | Human Resource Development Press Inc. | FAC Ex. A row 523 (¶ 80 block) | TX0006540433 | Learning at work :how to support individual and organizational learning. | Bridget N. O'Connor; Michael Bronner; Chester Delaney | Bridget O'Connor |
| 20 | Human Resource Development Press Inc. | FAC Ex. A row 532 (¶ 80 block) | TX0006894131 | 50 activities for employee engagement. | Peter R. Garber | Peter R. Garber. |
| 21 | Human Resource Development Press Inc. | FAC Ex. A row 528 (¶ 80 block) | TX0006567595 | 101 ways to build better relationships with your customers. | Peter R. Garber | Peter R. Garber |
| 22 | Khalfani-Cox, Lynnette | FAC Ex. A row 216 | TX 7-044-290 | The Millionaire Kids Club: Garage Sale Riches | Tom Deja; Susan Beacham; Lynnette Khalfani-Cox | Advantage World Press |
| 23 | Human Resource Development Press Inc. | FAC Ex. A row 530 (¶ 80 block) | TX0006580344 | Seven keys for coaching power :an application handbook for leaders on the front line. | Stella Louise Cowan | Stella Louise Cowan |
| 24 | Human Resource Development Press Inc. | FAC Ex. A row 540 (¶ 80 block) | TX 7-444-499 | 101 Leadership Actions for Managing Change in the 21st Century | Ollie Malone | Ollie Malone |
| 25 | Khalfani-Cox, Lynnette | FAC Ex. A row 218 | TX 7-044-296 | The Millionaire Kids Club: Putting the Do in Donate | Susan Beacham; Lynnette Khalfani-Cox; Tom Deja | Advantage World Press |
| 26 | Stay, Jesse | FAC Ex. A row 348 | TX 7-149-226 | FBML Essentials | Jesse Stay, dba Stay N' Alive Productions | Stay N' Alive Productions |
| 27 | Bates, Bert | FAC Ex. A row 4 | TX 8-061-409 | OCA/OCP JAVA SE 7 PROGRAMMER I & II STUDY GUIDE (EXAMS IZ0-803 & IZ0-804) | Kathy Sierra; Bert Bates; McGraw-Hill Global Education Holdings, LLC | MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC |
| 28 | Reyna Gobel | author is a plaintiff | TX 8-213-506 | CliffsNotes Parents' Guide to Paying for College and Repaying Student Loans | Reyna Gobel | Houghton Mifflin Harcourt Publishing Company |

| No. | Asserting Plaintiff | FAC Basis | U.S. Copyright Reg. No. | Title of Work | Author of Work | Registered Claimant |
|---|---|---|---|---|---|---|
| 29 | Zanetti, Rebecca | FAC Ex. A row 441 | TX 8-376-987 | Justice Ascending | Rebecca Zanetti | Rebecca Zanettie |
| 30 | Human Resource Development Press Inc. | FAC Ex. A row 511 (¶ 80 block) | TX0006319306 | Framed! : solve an intriguing mystery and master how to make smart choices /Hari Singh. | Hari Singh | Harinder Singh |
| 31 | Merzer, Glen | FAC Ex. A row 285 | TX0006299853 | No more bull. | — | Voice for a Viable Future |
| 32 | Khalfani-Cox, Lynnette | FAC Ex. A row 214 | TX0006462991 | The money coach's guide to your first million :7 smart habits to building the weatlh of your dreams. | Lyneette Khalfani | Lyneette Khalfani |
| 33 | Human Resource Development Press Inc. | FAC Ex. A row 493 (¶ 80 block) | TX0006169851 | The meeting spectrum. | E. J. Siwek | Rudy Wright |
| 34 | Lerner, Barron | FAC Ex. A row 256 | TX0005399978 | The breast cancer wars :hope, fear, and the pursuit of a cure in twentieth-century America /Barron H. Lerner. | Barron H. Lerner | Oxford University Press, Inc. |
| 35 | Human Resource Development Press Inc. | FAC Ex. A row 537 (¶ 80 block) | TX 7-145-817 | Cases in Government Succession Planning | William J. Rothwell; James Alexander; Mark Bernhard | James Alexander; Mark Bernhard; William Rothwell |
| 36 | Human Resource Development Press Inc. | FAC Ex. A row 513 (¶ 80 block) | TX0006455689 | 500 creative classroom techniques for teachers and trainers. | Marlene Caroselli | Marlene Caroselli |
| 37 | Lerner, Barron | FAC Ex. A row 257 | TX0006466832 | When illness goes public : celebrity patients and how we look at medicine. | Lerner, Barron H. | the Johns Hopkins University Press (employer of Barron H. Lerner) |
| 38 | Human Resource Development Press Inc. | FAC Ex. A row 521 (¶ 80 block) | TX0006521901 | So you want to be mentored :an application workbook for using five strategies to get the most out of a mentoring relationship. | Stella Louise Cowan | Stella Louise Cowan |
| 39 | Khalfani-Cox, Lynnette | FAC Ex. A row 217 | TX 7-050-598 | The Millionaire Kids Club: Penny Power | Susan Beacham; Lynnette Khalfani-Cox; Mary Jo Cadiz | Advantage World Press |
| 40 | Human Resource Development Press Inc. | FAC Ex. A row 535 (¶ 80 block) | TX 6-900-621 | 25 Legendary Leadership Activities | Peter R. Garber | Peter R. Garber |
| 41 | Khalfani-Cox, Lynnette | FAC Ex. A row 215 | TX 7-044-305 | The Millionaire Kids Club: Home Sweet Home | Susan Beacham; Lynnette Khalfani-Cox; Mary Jo Cadiz | Advantage World Press |
| 42 | Chase, Matthew | FAC Ex. A row 67 | TX0008698012 | FU: Fixer Uppers: Etape 1: Rebatir | Christine Gauzy-Svahn | Christine Gauzy-Svahn |
| 43 | Human Resource Development Press Inc. | FAC Ex. A row 829 (¶ 81 block) | TX 7-264-149 | Team Trust: 20 Trustworthy Tips | Glenn Parker | Glenn Parker |
| 44 | Human Resource Development Press Inc. | FAC Ex. A row 835 (¶ 81 block) | TX 7-272-045 | Leadership for Academic Units | William Swart | William Swart |
| 45 | Gallo, Isabelle | FAC Ex. A row 150 | TXu 1-837-975 | Reminiscent | Isabelle Gallo | Isabelle Galle |

| No. | Asserting Plaintiff | FAC Basis | U.S. Copyright Reg. No. | Title of Work | Author of Work | Registered Claimant |
|---|---|---|---|---|---|---|
| 46 | Human Resource Development Press Inc. | FAC Ex. A row 839 (¶ 81 block) | TX 7-302-527 | Successful Team Building: 20 Tips, Tools, and Exercises | Glenn Parker | Glenn Parker |
| 47 | Human Resource Development Press Inc. | FAC Ex. A row 779 (¶ 81 block) | TX0006327209 | 51 activities for collaborative management. | Peter R. Graber | Peter R. Graber |
| 48 | Human Resource Development Press Inc. | FAC Ex. A row 823 (¶ 81 block) | TX 7-240-391 | The New Manager's Primer: Winning with People at Work | Woodrow H Sears | Woodrow H Sears |
| 49 | Human Resource Development Press Inc. | FAC Ex. A row 830 (¶ 81 block) | TX 7-264-151 | Building Relationships for Team Success: 20 Surefire Ways to Get Stakeholders on Board | Glenn Parker | Glenn Parker |
| 50 | Human Resource Development Press Inc. | FAC Ex. A row 806 (¶ 81 block) | TX0007109556 | The Art of Helping, Ninth Edition | Robert R. Carkhuff | Robert R. Carkhuff |
| 51 | Human Resource Development Press Inc. | FAC Ex. A row 743 (¶ 81 block) | TX0006051019 | Freedom-building :implementing the freedom doctrine /Robert R. Carkhuff, Bernard G. Berenson, Andrew H. Griffin, Rob Owen, Hernan Oyarzabal. | Robert R. Carkhuff; Bernard G. Berenson; Andrew H. Griffin; Rob Owen; Hernan Oyarzabal | Robert R. Carkhuff |
| 52 | Human Resource Development Press Inc. | FAC Ex. A row 844 (¶ 81 block) | TX 7-438-146 | Small Group Facilitation | Judith Kolb | Judith Kolb |
| 53 | Human Resource Development Press Inc. | FAC Ex. A row 671 (¶ 81 block) | TX0004649134 | How to say no and keep your friends :peer pressure reversal for teens and preteens /Sharon Scott ; illustrated by Rick Murnane. | Sharon Scott; Rick Murnane | Sharon Scott |
| 54 | Human Resource Development Press Inc. | FAC Ex. A row 778 (¶ 81 block) | TX0006323517 | Leadership lessons from Mom. | Peter R. Garber | Peter R. Garber |
| 55 | Human Resource Development Press Inc. | FAC Ex. A row 807 (¶ 81 block) | TX 7-126-852 | Saving America! The Generativity Solution | Robert R. Carkhuff | Carkhuff Thinking Systems, Inc. |
| 56 | Human Resource Development Press Inc. | FAC Ex. A row 811 (¶ 81 block) | TX 7-146-114 | Teamwork: 20 Steps to Success | Glenn Parker | Glenn Parker |
| 57 | Human Resource Development Press Inc. | FAC Ex. A row 755 (¶ 81 block) | TX0006170954 | The possibilities economy. | Robert R. Carkhuff; Bernard G. Berenson; Barry Cohen; Peter T. Rayson | Robert R. Carkhuff |
| 58 | Human Resource Development Press Inc. | FAC Ex. A row 813 (¶ 81 block) | TX 7-146-122 | Creating a Positive Team Climate: 20 Practical Ideas | Glenn Parker | Glenn Parker |
| 59 | Human Resource Development Press Inc. | FAC Ex. A row 809 (¶ 81 block) | TX 7-146-094 | Team Communication: 20 Essential Aids | Glenn Parker | Glenn Parker |
| 60 | Human Resource Development Press Inc. | FAC Ex. A row 824 (¶ 81 block) | TX 7-262-770 | Team Empowerment: 20 Ways to Get There | Glenn Parker | Glenn Parker |
| 61 | Human Resource Development Press Inc. | FAC Ex. A row 840 (¶ 81 block) | TX 7-319-539 | 50 Communications Activities, Icebreakers and Exercises | Peter R. Garber | Peter R. Garber |

| No. | Asserting Plaintiff | FAC Basis | U.S. Copyright Reg. No. | Title of Work | Author of Work | Registered Claimant |
|---|---|---|---|---|---|---|
| 62 | Human Resource Development Press Inc. | FAC Ex. A row 828 (¶ 81 block) | TX 7-264-148 | Team Rewards: 20 Real Life Lessons | Glenn Parker | Glenn Parker |
| 63 | Human Resource Development Press Inc. | FAC Ex. A row 810 (¶ 81 block) | TX 7-146-107 | Effective Meetings: 20 Sure-Fire Tools | Glenn Parker | Glenn Parker |
| 64 | Human Resource Development Press Inc. | FAC Ex. A row 846 (¶ 81 block) | TX 7-446-381 | Collaborative Leadership in Action | Patrick Sanaghan; Paulette Gabriel | Patrick Sanaghan; Paulette Gabriel |
| 65 | Human Resource Development Press Inc. | FAC Ex. A row 771 (¶ 81 block) | TX0006310037 | Leadership lessons from dad. | Peter R. Garber | Peter R. Garber |
| 66 | Human Resource Development Press Inc. | FAC Ex. A row 812 (¶ 81 block) | TX0007146119 | Team Leadership: 20 Proven Tools for Success | Glenn Parker | Glenn Parker |
| 67 | Human Resource Development Press Inc. | FAC Ex. A row 783 (¶ 81 block) | TX0006509715 | 25 sales strategies and activities. | Peter R. Garber | Peter R. Garber |

**Registration Number**
**TX 8-059-191**
**Effective Date of Registration:**
April 27, 2015

## Title

**Title of Work:** Small Batch: Pickles, Cheese, Chocolate, Spirits, and the Return of Artisanal Foods

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 10, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Suzanne Cope
  **Author Created:** text, photograph(s), photographs with author as source
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rowman & Littlefield
4501 Forbes Blvd, Suite 200, Lanham
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** text, photograph(s), previously published text; photos not credited to author

**New material included in claim:** text, photograph(s), all text and photographs by author

## Certification

**Name:** Joseph Charles Miller
**Date:** April 16, 2015

**Registration Number**
# TX 8-587-168
**Effective Date of Registration:**
April 23, 2018

## Title

**Title of Work:** THE HOW NOT TO DIE COOKBOOK

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 14, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** MICHAEL GREGER
  **Author Created:** text
  **Domiciled in:** not known

- **Author:** GENE STONE
  **Author Created:** text
  **Domiciled in:** not known

- **Author:** ROBIN ROBERTSON
  **Author Created:** text
  **Domiciled in:** not known

## Copyright Claimant

**Copyright Claimant:** MICHAEL GREGER
***MACMILLAN PUBLISHING GROUP, LLC D/B/A FLATIRON BOOKS, 1 NY PLAZA, NEW YORK, NY, 10004
**Transfer statement:** By written agreement

## Certification

**Name:** RIA ALMESTICA

**Date**: April 03, 2018

Copyright

**Registration Number / Date:**
TX0006008906 / 2004-07-23

**Type of Work:**
Text

**Title:**
Thugs and the women who love them :pt. 1 /Wahida Clark.

**Variant Title:**
Thugs and the women who love them : pt. 1

**Date of Creation:**
2003

**Date of Publication:**
2003-07-03

**Copyright Claimant:**
Black Print Publishing, Inc.

**Authorship on Application:**
Louise Clark.

**Description:**
210 p.

**Imprint:**
Brooklyn, NY : Black Print Pub., c2002.

**Names:**
Clark, Wahida
Clark, Louise
Black Print Publishing, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16257128

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0004000690 / 1995-03-17

**Previous Registration:**
Appl. states all new except photos and a small amount of prev. pub. textual material used with permission.

**Type of Work:**
Text

**Title:**
Why should white guys have all the fun? :how Reginald Lewis created a billion-dollar business empire /Reginald F. Lewis and Blair S. Walker.

**Date of Creation:**
1994

**Date of Publication:**
1994-10-14

**Copyright Claimant:**
Loida Nicolas Lewis

**Description:**
318 p.

**Imprint:**
New York : J. Wiley, c1995.

**Names:**
Lewis, Loida Nicolas
Lewis, Reginald F. 1942-1993
Walker, Blair S. 1955-

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15056553

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006169849 / 2005-05-16

**Type of Work:**
Text

**Title:**
The process-based organization.

**Date of Creation:**
2005

**Date of Publication:**
2005-01-01

**Copyright Claimant:**
Gustavo Crosetto

**Authorship on Application:**
Jorge Macazaga.

**Description:**
1 v.

**Notes:**
Cataloged from appl.

**Names:**
Crosetto, Gustavo
Macazaga, Jorge

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16359474

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006049004 / 2004-04-30

**Type of Work:**
Text

**Title:**
Leading in tough times :the manager's guide to responsibility, trust, and motivation /Richard S. Deems, Terri A. Deems.

**Date of Creation:**
2003

**Date of Publication:**
2003-01-01

**Copyright Claimant:**
Richard S. Deems, & Terri A. Deems

**Description:**
181 p.

**Imprint:**
Amherst, MA : HRD Press, c2003.

**Copyright Note:**
C.O. correspondence.

**Names:**
Deems, Richard S.
Deems, Terri A.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16285345

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006170969 / 2005-05-16

**Type of Work:**
Text

**Title:**
Learning points :100 activities and actions for E-communications excellence /Peter R. Garber.

**Date of Creation:**
2005

**Date of Publication:**
2005-01-01

**Copyright Claimant:**
Peter R. Garber

**Description:**
129 p.

**Imprint:**
Amherst, MA : HRD Press, c2005.

**Names:**
Garber, Peter R.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16360550

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006459617 / 2006-11-13

**Type of Work:**
Text

**Title:**
Changes, cholices and consequences: a guide to mega thinking and planning.

**Date of Creation:**
2006

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Roger Kaufman

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Kaufman, Roger

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16541448

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006459615 / 2006-11-13

**Type of Work:**
Text

**Title:**
Achieving high performance.

**Date of Creation:**
2006

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Richard F. Gerson

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Gerson, Richard F.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16541446

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006455580 / 2006-11-13

**Type of Work:**
Text

**Title:**
Leadership lessons from the game of golf.

**Date of Creation:**
2006

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Peter R. Garber

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Garber, Peter R.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16539605

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

---

**Registration Number / Date:**
TX0006008908 / 2004-07-23

**Type of Work:**
Text

**Title:**
Every thug needs a lady /by Wahida Clark.

**Date of Creation:**
2003

**Date of Publication:**
2003-12-15

**Copyright Claimant:**
Black Print Publishing, Inc.

**Authorship on Application:**
Louise Clark.

**Description:**
333 p.

**Imprint:**
Brooklyn, NY : Black Print Pub., 2003.

**Names:**
Clark, Wahida
Clark, Louise
Black Print Publishing, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16257130

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006064147 / 2004-10-25

**Type of Work:**
Text

**Title:**
Creative training techniques handbook :tips, tactics and how-to's for delivering effective training /by Robert W. Pike.

**Date of Creation:**
2002

**Date of Publication:**
2002-01-01

**Copyright Claimant:**
Robert W. Pike

**Description:**
304 p.

**Imprint:**
Amherst, MA : HRD Press, c2003.

**Edition:**
3rd ed.

**Names:**
Pike, Robert W.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16293206

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006164267 / 2005-04-27

**Type of Work:**
Text

**Title:**
Head first Java /Kathy Sierra, Bert Bates.

**Date of Creation:**
2005

**Date of Publication:**
2005-02-10

**Copyright Claimant:**
O'Reilly Media, Inc.

**Basis of Claim:**
New Matter: revisions.

**Description:**
688 p.

**Imprint:**
Beijing ;Sebastopol, CA : O'Reilly, c2005.

**Edition:**
2nd ed.

**Names:**
Sierra, Kathy
Bates, Bert
O'Reilly Media, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16356252

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006521252 / 2007-02-16

**Type of Work:**
Text

**Title:**
Learning points :89 activities and actions for coaching call center CSRs.

**Date of Creation:**
2007

**Date of Publication:**
2007-01-01

**Copyright Claimant:**
Peter R. Garber

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Garber, Peter R.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20716827

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006310039 / 2006-03-08

**Type of Work:**
Text

**Title:**
Leadership lessons from professional football.

**Date of Creation:**
2006

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Peter R. Garber

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Garber, Peter R.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16449866

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0006540183 / 2007-02-16

**Type of Work:**
Text

**Title:**
Guaranteeing performance improvement.

**Date of Creation:**
2007

**Date of Publication:**
2007-01-01

**Copyright Claimant:**
Richard F. Gerson

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Gerson, Richard F.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20792148

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006518557 / 2007-02-05

**Type of Work:**
Text

**Title:**
The manager's pocket guide to using consultants.

**Date of Creation:**
2007

**Date of Publication:**
2007-01-01

**Copyright Claimant:**
NRD Press, Inc.

**Authorship on Application:**
David Newman.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Newman, David
NRD Press, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20695574

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006849987 / 2008-01-24

**Type of Work:**
Text

**Title:**
Team Leader Workbook.

**Application Title:**
Team Leader Workbook.

**Date of Creation:**
2008

**Date of Publication:**
2008-01-01

**Copyright Claimant:**
Sara Pope. Address: 204 East Nottingham Road, Columbia, SC 29210

**Authorship on Application:**
Sara Pope; Domicile: United States; Citizenship: United States.
Authorship: entire text.

**Description:**
Book.

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
United States

**Names:**
Pope, Sara

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22129241

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on

searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006540433 / 2007-03-19

**Type of Work:**
Text

**Title:**
Learning at work :how to support individual and organizational learning.

**Date of Creation:**
2007

**Date of Publication:**
2007-01-01

**Copyright Claimant:**
Bridget O'Connor

**Authorship on Application:**
Bridget N. O'Connor, Michael Bronner, Chester Delaney.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
O'Connor, Bridget N.
Bronner, Michael
Delaney, Chester

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20695921

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006894131 / 2007-10-22

**Type of Work:**
Text

**Title:**
50 activities for employee engagement.

**Application Title:**
50 activities for employee engagement.

**Date of Creation:**
2007

**Date of Publication:**
2007-01-01

**Copyright Claimant:**
Peter R. Garber. Address: 210 Edelweiss Drive, Wexford, PA 15090.

**Authorship on Application:**
Peter R. Garber; Domicile: United States; Citizenship: United States.

**Rights and Permissions:**
Concern, Hrd press INC, 22 Amherst road, pelhan, ma, 01002

**Description:**
Book, 219 p.

**Nation of First Publication:**
United States

**Names:**
Garber, Peter R

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_22657123

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006567595 / 2007-03-19

**Type of Work:**
Text

**Title:**
101 ways to build better relationships with your customers.

**Other Title:**
Ways to build better relationships with your customers

**Date of Creation:**
2007

**Date of Publication:**
2007-01-01

**Copyright Claimant:**
Peter R. Garber

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Garber, Peter R.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20739677

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-044-290

**Effective date of registration:**

September 18, 2009

## Title

**Title of Work:** The Millionaire Kids Club: Garage Sale Riches

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** February 5, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Tom Deja

  **Author Created:** artwork

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Susan Beacham

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

  **Year Born:** 1958

- **Author:** Lynnette Khalfani-Cox

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

  **Year Born:** 1968

## Copyright claimant

**Copyright Claimant:** Advantage World Press

1625 Nottingham Way, Mountainside, NJ, 07092, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Earl Cox and Associates Literary Management

**Name:** Earl Cox

**Email:** earl@earlcox.com **Telephone:** 866-494-2461

**Address:** 1625 Nottingham Way

Mountainside, NJ 07092 United States

## Certification

**Name:** Earl Cox

**Date:** September 1, 2009

Copyright

**Registration Number / Date:**
TX0006580344 / 2007-05-24

**Type of Work:**
Text

**Title:**
Seven keys for coaching power :an application handbook for leaders on the front line.

**Date of Creation:**
2006

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Stella Louise Cowan

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Cowan, Stella Louise

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20812865

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-444-499

**Effective date of registration:**

October 18, 2011

## Title

**Title of Work:** 101 Leadership Actions for Managing Change in the 21st Century

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** May 1, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-226-9

## Author

- **Author:** Ollie Malone

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Ollie Malone

7809 Morningdew Drive, Plano, TX, 75025, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002

## Certification

**Name:** Robert Carkhuff

**Date:** September 28, 2011

**Registration Number**

TX 7-044-296

**Effective date of registration:**

September 18, 2009

## Title

**Title of Work:** The Millionaire Kids Club: Putting the Do in Donate

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** February 5, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Susan Beacham

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1958

- **Author:** Lynnette Khalfani-Cox

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

**Year Born:** 1968

- **Author:** Tom Deja

**Author Created:** artwork

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Advantage World Press

1625 Nottingham Way, Mountainside, NJ, 07092, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Earl Cox and Associates Literary Management

**Name:** Earl Cox

**Email:** earl@earlcox.com **Telephone:** 866-494-2461

**Address:** PO Box 1307

Mountainside, NJ 07092 United States

## Certification

**Name:** Earl Cox

**Date:** September 1, 2009

**Registration Number**

TX 7-149-226

**Effective date of registration:**

October 2, 2008

## Title

**Title of Work:** FBML Essentials

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 22, 2008 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 9780596519186

## Author

- **Author:** Jesse Stay, dba Stay N' Alive Productions

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Stay N' Alive Productions

5835 S 3230 W, Taylorsville, UT 84118, United States

**Transfer Statement:** By written agreement

## Certification

**Name:** Janet Santackas

**Date:** October 2, 2008

**Correspondence:** Yes

**Registration Number**
# TX 8-061-409
**Effective Date of Registration:**
April 13, 2015

## Title

**Title of Work:** OCA/OCP JAVA SE 7 PROGRAMMER I & II STUDY GUIDE (EXAMS IZ0-803 & IZ0-804)

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 13, 2014
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 0071772006

## Author

- **Author:** KATHY SIERRA
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** BERT BATES
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

- **Author:** McGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** McGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC
TWO PENN PLAZA, 20TH FL., NEW YORK, NY, 10121-2298, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** artwork

**New material included in claim:** text

## Certification

**Name:** BEVERLEY ROBERTSON
**Date**: April 06, 2015

**Registration Number**
**TX 8-213-506**
**Effective Date of Registration:**
January 12, 2016

## Title

**Title of Work:** CliffsNotes Parents' Guide to Paying for College and Repaying Student Loans

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 20, 2015
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-0-544-57790-9

## Author

- **Author:** Reyna Gobel
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Houghton Mifflin Harcourt Publishing Company
222 Berkeley Street, Boston, MA, 02116
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Permissions, Houghton Mifflin Harcourt Publishing Company
**Address:** 215 Park Avenue South
New York, NY 10003

## Certification

**Name:** Trevor Crippen
**Date:** January 07, 2016
**Applicant's Tracking Number:** 1613303

**Registration Number**
# TX 8-376-987
**Effective Date of Registration:**
March 10, 2017

## Title

**Title of Work:** Justice Ascending

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 01, 2017
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 9781420137989

## Author

- **Author:** Rebecca Zanetti
**Author Created:** text
**Work made for hire:** No
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rebecca Zanettie
c/o Liza Dawson Associates, 350 7th Ave, Suite 2003, New York, NY, 10001

## Limitation of copyright claim

**Material excluded from this claim:** text, Excerpt of Wicked Kiss

**New material included in claim:** text

## Certification

**Name:** Barbara M. Bennett
**Date:** February 28, 2017

Copyright

**Registration Number / Date:**
TX0006319306 / 2006-03-08

**Type of Work:**
Text

**Title:**
Framed! :solve an intriguing mystery and master how to make smart choices /Hari Singh.

**Date of Creation:**
2006

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Harinder Singh

**Description:**
227 p.

**Imprint:**
Amherst, MA : HRD Press, c2006.

**Names:**
Singh, Hari
Singh, Harinder

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16454258

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006299853 / 2006-01-12

**Type of Work:**
Text

**Title:**
No more bull.

**Date of Creation:**
2005

**Date of Publication:**
2005-09-20

**Copyright Claimant:**
Voice for a Viable Future

**Basis of Claim:**
New Matter: compilation & additions.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Voice for a Viable Future

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16441721

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006462991 / 2006-09-11

**Type of Work:**
Text

**Title:**
The money coach's guide to your first million :7 smart habits to building the weatlh of your dreams.

**Date of Creation:**
2006

**Date of Publication:**
2006-07-14

**Copyright Claimant:**
Lyneette Khalfani

**Basis of Claim:**
New Matter: additional text.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Khalfani, Lyneette

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16542927

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006169851 / 2005-05-16

**Type of Work:**
Text

**Title:**
The meeting spectrum.

**Date of Creation:**
2005

**Date of Publication:**
2005-01-01

**Copyright Claimant:**
Rudy Wright

**Authorship on Application:**
E. J. Siwek.

**Description:**
1 v.

**Notes:**
Cataloged from appl.

**Names:**
Wright, Rudy
Siwek, E. J.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16359476

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
TX0005399978 / 2001-06-12

**Previous Registration:**
Preexisting material: some text, ill.

**Type of Work:**
Text

**Title:**
The breast cancer wars :hope, fear, and the pursuit of a cure in twentieth-century America /Barron H. Lerner.

**Variant Title:**
The breast cancer wars : hope, fear, and the pursuit of a cure in twentieth-century America

**Date of Creation:**
2001

**Date of Publication:**
2001-05-31

**Copyright Claimant:**
Oxford University Press, Inc.

**Basis of Claim:**
New Matter: new and rev. text, compilation of ill.

**Description:**
383 p.

**Imprint:**
New York : Oxford University Press, 2001.

**Names:**
Lerner, Barron H.
Oxford University Press, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15878154

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-145-817
**Effective date of registration:**
January 7, 2010

## Title

**Title of Work:** Cases in Government Succession Planning

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** January 1, 2008 **Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59996-154-5

## Author

- **Author:** William J. Rothwell
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States **Domiciled in:** United States
- **Author:** James Alexander
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States **Domiciled in:** United States
- **Author:** Mark Bernhard
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** James Alexander
710 Roeder Road, #1206, Silver Spring, MD, 20910, United States

**Copyright Claimant:** Mark Bernhard
702 University City Boulevard, 0364, Blacksburg, VA, 24061, United States

**Copyright Claimant:** William Rothwell
647 Berkshire Drive, State College, PA, 16803, United States

## Rights and Permissions

**Organization Name:** HRD Press, Inc.
**Name:** Robert W. Carkhuff
**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488
**Address:** 22 Amherst Road
Pelham, MA 01002 United States

## Certification

**Name:** Robert W. Carkhuff
**Date:** December 2, 2009

Copyright

**Registration Number / Date:**
TX0006455689 / 2006-11-13

**Type of Work:**
Text

**Title:**
500 creative classroom techniques for teachers and trainers.

**Other Title:**
Creative classroom techniques for teachers and trainers

**Date of Creation:**
2006

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Marlene Caroselli

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Caroselli, Marlene

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16539711

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006466832 / 2006-11-27

**Previous Registration:**
Preexisting material: quotations & figures.

**Type of Work:**
Text

**Title:**
When illness goes public :celebrity patients and how we look at medicine.

**Date of Creation:**
2006

**Date of Publication:**
2006-11-20

**Copyright Claimant:**
the Johns Hopkins University Press (employer of Barron H. Lerner)

**Basis of Claim:**
New Matter: text.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Lerner, Barron H.
Johns Hopkins University Press

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16544922

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006521901 / 2007-02-16

**Type of Work:**
Text

**Title:**
So you want to be mentored :an application workbook for using five strategies to get the most out of a mentoring relationship.

**Date of Creation:**
2006

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Stella Louise Cowan

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Cowan, Stella Louise

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20707715

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-050-598

**Effective date of registration:**
September 29, 2009

## Title

**Title of Work:** The Millionaire Kids Club: Penny Power

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 1, 2009 **Nation of 1st Publication:** United States

## Author

- **Author:** Susan Beacham

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

  **Year Born:** 1958

- **Author:** Lynnette Khalfani-Cox

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

  **Year Born:** 1968

- **Author:** Mary Jo Cadiz

  **Author Created:** artwork

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Advantage World Press

1625 Nottingham Way, Mountainside, NJ, 07092, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Earl Cox and Associates Literary Management

**Name:** Earl Cox

**Email:** earl@earlcox.com **Telephone:** 866-494-2461

**Address:** PO Box 1307

Mountainside, NJ 07092 United States

## Certification

**Name:** Earl Cox

**Date:** September 1, 2009

**
**Registration Number:**

TX 6-900-621

**Effective date of registration:**

October 22, 2007

## Title

**Title of Work:** 25 Legendary Leadership Activities

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** January 1, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** Peter R. Garber

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Peter R. Garber

210 Edelweiss Drive, Wexford, PA, 15090

## Limitation of copyright claim

**Previously registered:** No

## Rights and Permissions

**Organization Name:** HRD Press, Inc.

**Name:** Bob Carkhuff

**Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002

## Certification

**Name:** Margit R. Carkhuff

**Date:** October 9, 2007

---

**Correspondence:** Yes

**Registration Number**
TX 7-044-305

**Effective date of registration:**
September 18, 2009

## Title

**Title of Work:** The Millionaire Kids Club: Home Sweet Home

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** November 1, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Susan Beacham
  **Author Created:** text
  **Citizen of:** United States **Domiciled in:** United States
  **Year Born:** 1958
- **Author:** Lynnette Khalfani-Cox
  **Author Created:** text
  **Citizen of:** United States **Domiciled in:** United States
  **Year Born:** 1968
- **Author:** Mary Jo Cadiz
  **Author Created:** artwork
  **Work made for hire:** Yes
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Advantage World Press
1625 Nottingham Way, Mountainside, NJ, 07092, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Earl Cox and Associates Literary Management

**Name:** Earl Cox

**Email:** earl@earlcox.com **Telephone:** 866-494-2461

**Address:** PO Box 1307

Mountainside, NJ 07092 United States

## Certification

**Name:** Earl Cox

**Date:** September 1, 2009

**Registration Number**
# TX 8-698-012
**Effective Date of Registration:**
January 29, 2019

## Title

**Title of Work:** FU: Fixer Uppers: Etape 1: Rebatir

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 25, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Christine Gauzy-Svahn
  **Author Created:** French Translation
  **Work made for hire:** No
  **Citizen of:** France
  **Domiciled in:** France

## Copyright Claimant

**Copyright Claimant:** Christine Gauzy-Svahn
c/o Treycore Films, LLC, 899 Crossing Rock Drive, Lawrenceville, GA, 30043

## Limitation of copyright claim

**Material excluded from this claim:** text
**Previous registration and year:** TXu002064739

**New material included in claim:** text, This is a French translation to a registered English title

## Certification

**Name:** Matthew Chase
**Date:** January 29, 2019

---

**Copyright Office notes:** Regarding new material included: statement added by C.O. from additional

information provided by applicant.

**Registration Number**
TX 7-264-149

**Effective date of registration:**
September 21, 2010

## Title

**Title of Work:** Team Trust: 20 Trustworthy Tips

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 1, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-205-4

## Author

- **Author:** Glenn Parker

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Glenn Parker

36 Otter Creek Road, Skillman, NJ, 08558, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** HRD Press, Inc.

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002 United States

## Certification

**Name:** Robert W. Carkhuff

**Date:** September 17, 2010

**Registration Number**
TX 7-272-045

**Effective date of registration:**
September 27, 2010

## Title

**Title of Work:** Leadership for Academic Units

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 1, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-199-6

## Author

- **Author:** William Swart

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** William Swart

402 Mary Beth Drive, Greenville, NC 27858, United States

## Rights and Permissions

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002

## Certification

**Name:** Robert W. Carkhuff

**Date:** September 23, 2010

**Registration Number**
TXu 1-837-975

**Effective date of registration:**
July 31, 2012

## Title

**Title of Work:** Reminiscent
**Previous or Alternative Title:** Reviviscent
**Series Title:** The Opalescent Collection; Book 5

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Isabelle Gallo
**Author Created:** Entire Text
**Work made for hire:** No
**Citizen of:** United States
**Year Born:** 1995

## Copyright claimant

**Copyright Claimant:** Isabelle Galle
18 Patrick Lane, Ridge, New York, 11961

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Isabelle Gallo
**Date:** July 26, 2012

**Registration Number**
TX 7-302-527

**Effective date of registration:**
December 16, 2010

## Title

**Title of Work:** Successful Team Building: 20 Tips, Tools, and Exercises

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 1, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-225-2

## Author

- **Author:** Glenn Parker

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Glenn Parker

36 Otter Creek Road, Skillman, NJ, 08558, United States

## Rights and Permissions

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002

## Certification

**Name:** Robert W. Carkhuff

**Date:** December 14, 2010

Copyright

**Registration Number / Date:**
TX0006327209 / 2006-03-08

**Type of Work:**
Text

**Title:**
51 activities for collaborative management.

**Other Title:**
Activities for collaborative management

**Date of Creation:**
2006

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Peter R. Graber

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Graber, Peter R.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16459957

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-240-391

**Effective date of registration:**

December 9, 2008

## Title

**Title of Work:** The New Manager's Primer: Winning with People at Work

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 1, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** Woodrow H Sears

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Woodrow H Sears

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Margit R Carkhuff

**Date:** November 3, 2008

**Registration Number**
TX 7-264-151
**Effective date of registration:**
September 21, 2010

## Title

**Title of Work:** Building Relationships for Team Success: 20 Surefire Ways to Get Stakeholders on Board

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 1, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-211-5

## Author

- **Author:** Glenn Parker

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Glenn Parker

36 Otter Creek Road, Skillman, NJ, 08558, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** HRD Press, Inc.

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002 United States

## Certification

**Name:** Robert W. Carkhuff

**Date:** September 17, 2010

**Registration Number**

TX 7-109-556

**Effective date of registration:**

November 24, 2009

## Title

**Title of Work:** The Art of Helping, Ninth Edition

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** June 1, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-179-8

## Author

- **Author:** Robert R. Carkhuff

**Author Created:** text

**Work made for hire:** No

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Robert R. Carkhuff

1376 Kirby Road, McLean, VA, 22101, United States

## Limitation of copyright claim

**Material excluded from this claim:** photographs, computer program, artwork

**New material included in claim:** text

## Rights and Permissions

**Organization Name:** HRD Press, Inc.

**Name:** Robert W. Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002 United States

## Certification

**Name:** Robert W. Carkhuff

**Date:** November 18, 2009

Copyright

**Registration Number / Date:**
TX0006051019 / 2004-04-30

**Type of Work:**
Text

**Title:**
Freedom-building :implementing the freedom doctrine /Robert R. Carkhuff, Bernard G. Berenson, Andrew H. Griffin, Rob Owen, Hernan Oyarzabal.

**Date of Creation:**
2004

**Date of Publication:**
2004-01-01

**Copyright Claimant:**
Robert R. Carkhuff

**Description:**
96 p.

**Copyright Note:**
C.O. correspondence.

**Names:**
Berenson, Bernard G.
Griffin, Andrew H.
Owen, Rob
Oyarzabal, Hernan
Carkhuff, Robert R.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16286696

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-438-146

**Effective date of registration:**
October 10, 2011

## Title

**Title of Work:** Small Group Facilitation

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 1, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-228-3

## Author

- **Author:** Judith Kolb

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Judith Kolb

40 Oak Knoll Drive, Berwyn, PA, 19312, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002

## Certification

**Name:** Robert Carkhuff

**Date:** September 28, 2011

Copyright

**Registration Number / Date:**
TX0004649134 / 1997-10-29

**Previous Registration:**
Prev. reg. 1990, TX 2-974-731.

**Type of Work:**
Text

**Title:**
How to say no and keep your friends :peer pressure reversal for teens and preteens /Sharon Scott ; illustrated by Rick Murnane.

**Date of Creation:**
1997

**Date of Publication:**
1997-08-01

**Copyright Claimant:**
Sharon Scott

**Basis of Claim:**
New Matter: additions.

**Description:**
161 p.

**Imprint:**
Amherst : Human Resource Development Press, c1997.

**Edition:**
2nd ed.

**Names:**
Scott, Sharon
Murnane, Rick

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_15419481

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact

the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TX0006323517 / 2006-03-08

**Type of Work:**
Text

**Title:**
Leadership lessons from Mom.

**Date of Creation:**
2006

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Peter R. Garber

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Garber, Peter R.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16457057

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**

TX 7-126-852

**Effective date of registration:**

January 14, 2010

## Title

**Title of Work:** Saving America! The Generativity Solution

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 1, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-185-9

## Author

- **Author:** Robert R. Carkhuff

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Carkhuff Thinking Systems, Inc.

1376 Kirby Road, McLean, VA, 22101, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Name:** Robert W. Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

## Certification

**Name:** Robert W. Carkhuff

**Date:** January 6, 2010

**Registration Number**
TX 7-146-114
**Effective date of registration:**
January 19, 2010

## Title

**Title of Work:** Teamwork: 20 Steps to Success

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 1, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-171-2

## Author

- **Author:** Glenn Parker

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Glenn Parker

36 Otter Creek Road, Skillman, NJ, 08558, United States

## Rights and Permissions

**Organization Name:** HRD Press, Inc.

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002 United States

## Certification

**Name:** Robert W. Carkhuff

**Date:** January 15, 2010

Copyright

**Registration Number / Date:**
TX0006170954 / 2005-05-16

**Type of Work:**
Text

**Title:**
The possibilities economy.

**Date of Creation:**
2005

**Date of Publication:**
2005-01-01

**Copyright Claimant:**
Robert R. Carkhuff

**Authorship on Application:**
Robert R. Carkhuff, Bernard G. Berenson, Barry Cohen, Peter T. Rayson.

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Carkhuff, Robert R.
Berenson, Bernard G.
Cohen, Barry
Rayson, Peter T.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16360535

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-146-122

**Effective date of registration:**
January 19, 2010

## Title

**Title of Work:** Creating a Positive Team Climate: 20 Practical Ideas

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** September 1, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-183-5

## Author

- **Author:** Glenn Parker

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Glenn Parker

36 Otter Creek Road, Skillman, NJ, 08558, United States

## Rights and Permissions

**Organization Name:** HRD Press, Inc.

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002 United States

## Certification

**Name:** Robert W. Carkhuff

**Date:** January 15, 2010

**Registration Number**

TX 7-146-094

**Effective date of registration:**

January 19, 2010

## Title

**Title of Work:** Team Communication: 20 Essential Aids

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 1, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-194-1

## Author

- **Author:** Glenn Parker

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Glenn Parker

36 Otter Creek Road, Skillman, NJ, 08558, United States

## Rights and Permissions

**Organization Name:** HRD Press, Inc.

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002 United States

## Certification

**Name:** Robert W. Carkhuff

**Date:** January 15, 2010

**Registration Number**
TX 7-262-770

**Effective date of registration:**
September 21, 2010

## Title

**Title of Work:** Team Empowerment: 20 Ways to Get There

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** May 1, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-200-9

## Author

- **Author:** Glenn Parker

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Glenn Parker

36 Otter Creek Road, Skillman, NJ, 08558, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** HRD Press, Inc.

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002 United States

## Certification

**Name:** Robert W. Carkhuff

**Date:** September 17, 2010

**Registration Number**
TX 7-319-539

**Effective date of registration:**
December 4, 2009

## Title

**Title of Work:** 50 Communications Activities, Icebreakers and Exercises

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 1, 2008 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-155-2

## Author

- **Author:** Peter R. Garber

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Peter R. Garber

610 Garden Way, Wexford, PA, 15090, United States

## Rights and Permissions

**Organization Name:** HRD Press, Inc.

**Name:** Robert W. Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002 United States

## Certification

**Name:** Robert W. Carkhuff

**Date:** December 2, 2009

**Registration Number**
TX 7-264-148
**Effective date of registration:**
September 21, 2010

## Title

**Title of Work:** Team Rewards: 20 Real Life Lessons

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 1, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-206-1

## Author

- **Author:** Glenn Parker

**Author Created:** text

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Glenn Parker

36 Otter Creek Road, Skillman, NJ, 08558, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** HRD Press, Inc.

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002 United States

## Certification

**Name:** Robert W. Carkhuff

**Date:** September 17, 2010

**Registration Number**
TX 7-146-107
**Effective date of registration:**
January 19, 2010

## Title

**Title of Work:** Effective Meetings: 20 Sure-Fire Tools

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** September 1, 2009 **Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-59996-176-7

## Author

- **Author:** Glenn Parker
  **Author Created:** text
  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Glenn Parker
36 Otter Creek Road, Skillman, NJ, 08558, United States

## Rights and Permissions

**Organization Name:** HRD Press, Inc.
**Name:** Robert Carkhuff
**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488
**Address:** 22 Amherst Road
Pelham, MA 01002 United States

## Certification

**Name:** Robert W. Carkhuff
**Date:** January 15, 2010

**Registration Number**
TX 7-446-381

**Effective date of registration:**
October 19, 2011

## Title

**Title of Work:** Collaborative Leadership in Action

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 1, 2011 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-252-8

## Author

- **Author:** Patrick Sanaghan

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

- **Author:** Paulette Gabriel

  **Author Created:** text

  **Work made for hire:** No

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Patrick Sanaghan

168 East State Street, Doylestown, PA, 18901, United States

**Transfer Statement:** By written agreement

**Copyright Claimant:** Paulette Gabriel

150 North Radnor-Chester Road, Suite F100, Radnor, PA, 19087, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002

## Certification

**Name:** Robert W. Carkhuff

**Date:** October 17, 2011

Copyright

**Registration Number / Date:**
TX0006310037 / 2006-03-08

**Type of Work:**
Text

**Title:**
Leadership lessons from dad.

**Date of Creation:**
2006

**Date of Publication:**
2006-01-01

**Copyright Claimant:**
Peter R. Garber

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Garber, Peter R.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_16449864

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

**Registration Number**
TX 7-146-119

**Effective date of registration:**
January 19, 2010

## Title

**Title of Work:** Team Leadership: 20 Proven Tools for Success

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** September 1, 2009 **Nation of 1st Publication:** United States

**International Standard Number:** ISBN 978-1-59996-182-8

## Author

- **Author:** Glenn Parker

  **Author Created:** text

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Glenn Parker

36 Otter Creek Road, Skillman, NJ, 08558, United States

## Rights and Permissions

**Organization Name:** HRD Press, Inc.

**Name:** Robert Carkhuff

**Email:** rwc@hrdpress.com **Telephone:** 413-253-3488

**Address:** 22 Amherst Road

Pelham, MA 01002 United States

## Certification

**Name:** Robert W. Carkhuff

**Date:** January 15, 2010

Copyright

**Registration Number / Date:**
TX0006509715 / 2007-02-05

**Type of Work:**
Text

**Title:**
25 sales strategies and activities.

**Other Title:**
Sales strategies and activities

**Date of Creation:**
2007

**Date of Publication:**
2007-01-01

**Copyright Claimant:**
Peter R. Garber

**Copyright Note:**
Cataloged from appl. only.

**Names:**
Garber, Peter R.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_20706353

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).