# EXHIBIT 5

## Works Released by the Final Judgment in Bartz v. Anthropic PBC

| No. | Asserting Plaintiff | FAC Basis | U.S. Copyright Reg. No. | Title of Work per Registration | Author of Work |
|---|---|---|---|---|---|
| 1 | Bliler, Susan | FAC Ex. A row 9 | TXu 2-072-361 | Tyce (Skin Walkers 15) | Susan A Bliler |
| 2 | Bliler, Susan | FAC Ex. A row 8 | TXu 1-848-525 | Skin Walkers: Leto | Susan A Bliler |
| 3 | Bliler, Susan | FAC Ex. A row 7 | TXu 2-181-377 | A Lion's Pride | Susan Bliler |
| 4 | Human Resource Development Press Inc. | FAC Ex. A row 841 (¶ 81 block) | TX 7-384-567 | THE CRITICAL THINKING TOOL KIT: SPARK YOUR TEAM'S CREATIVITY WITH 35 PROBLEM SOLVING ACTIVITIES | Marlene Caroselli |
| 5 | Human Resource Development Press Inc. | FAC Ex. A row 849 (¶ 81 block) | TX 7-564-035 | NEGOTIATION AT WORK: MAXIMIZE YOUR TEAM'S SKILLS WITH 60 HIGH-IMPACT ACTIVITIES | Ira G. Asherman |
| 6 | Human Resource Development Press Inc. | FAC Ex. A row 673 (¶ 81 block) | TX0004990864 | The facilitator's fieldbook :step-by step procedures, checklists and guidelines, samples and templates /Thomas Justice, David W. Jamieson. | Thomas Justice; David W. Jamieson |
| 7 | Human Resource Development Press Inc. | FAC Ex. A row 732 (¶ 81 block) | TX0005489271 | The emotional intelligence activity book :50 activities for developing EQ at work /Adele B. Lynn. | Adele B. Lynn |
| 8 | Human Resource Development Press Inc. | FAC Ex. A row 735 (¶ 81 block) | TX0005829009 | The business ethics activity book :50 exercises for promoting integrity at work /Marlene Caroselli. | Marlene Caroselli |