GRACE YANG (CA Bar No. 286635)
MIRANDA KANE (CA Bar No. 150630)
HAYK ESAGHOULYAN (CA Bar No. 349050)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 343-7100
Fax: (415) 343-7101
Email: gyang@conmetkane.com
Email: mkane@conmetkane.com
Email: hesaghoulyan@conmetkane.com

*Attorneys for Defendant Benjamin Mann*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THOMAS WILLIAM SHAKESPEARE, ET AL.,

Plaintiffs,

v.

ANTHROPIC, PBC, ET AL.,

Defendants.

Case No. 5:26-cv-05931-PCP

**DEFENDANT BENJAMIN MANN'S NOTICE OF JOINDER AND JOINDER IN DEFENDANT ANTHROPIC, PBC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Judge: Hon. P. Casey Pitts

**PLEASE TAKE NOTICE** that, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, on November 19, 2026 at 10:00 a.m., or as soon thereafter as this matter may be heard, Defendant Benjamin Mann will and hereby does move this Court to dismiss Plaintiffs' claims against him under Rule 12(b)(6), to the extent stated in Defendant Anthropic, PBC's ("Anthropic") Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint ("MTD").

This notice is based on this Notice of Joinder and Joinder, Anthropic's MTD and its accompanying Memorandum of Points and Authorities in support thereof (Dkt. No. 48), the pleadings and papers on file in this action, any matter of which this Court may take judicial notice, and on such other written and oral argument as may be presented to the Court.

Mr. Mann joins in, adopts, and incorporates by reference the legal arguments and factual positions as set forth in Anthropic's MTD that apply to him. Specifically, the arguments made in Section IV of Anthropic's Memorandum of Points and Authorities apply equally to Mr. Mann, including, for example, that several works cannot sustain any claim in the present case because they were covered by the judgment in *Bartz v. Anthropic* and that case's class-wide settlement release (which included Anthropic as well as its principals, employees, and representatives); other works are owned by third parties; Plaintiffs' asserted claims are untimely under the Copyright Act's statute of limitations; and as to their Count I, Plaintiffs do not plausibly allege distribution. *See* Dkt. No. 48 at 4–20. Plaintiffs fail to make sufficient factual allegations that can overcome these arguments.

Accordingly, Mr. Mann respectfully requests that the Court dismiss Plaintiffs' claims as to him, to the extent stated in Anthropic's MTD.

Dated: September 18, 2026

Respectfully submitted,

**CONRAD | METLITZKY | KANE LLP**

*/s/ Grace Yang*
GRACE YANG
MIRANDA KANE
HAYK ESAGHOULYAN

*Attorneys for Defendant*
BENJAMIN MANN