**JAMES H. BARTOLOMEI, III P.A.**
James H. Bartolomei III (SBN 301678)
Of Counsel at Duncan Firm, P.A.
Michael P. Manapol (SBN 258300)
809 W. 3rd Street
Little Rock, Arkansas 72201
Telephone: (501) 228-7600
james@duncanfirm.com
michael@manapollaw.com

**GAFNI & LEVIN, LLP**
Adam I. Gafni, Esq. (SBN 230045)
11811 San Vicente Blvd.
Los Angeles, California 90049
Telephone: (424) 744-8344
adam@gafnilaw.com

**DONIGER / BURROUGHS**
Stephen M. Doniger (SBN 179314)
Benjamin F. Tookey (SBN 330508)
Andres Navarro (SBN 358499)
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
stephen@donigerlawfirm.com
btookey@donigerlawfirm.com
anavarro@donigerlawfirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

THOMAS WILLIAM SHAKESPEARE, et. al.,

*Plaintiffs*,

v.

ANTHROPIC PBC, et. al.,

*Defendant*s.

Case No. 5:26-cv-05931-PCP

**DECLARATION OF PLAINTIFF SUSAN BLILER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**



Doc ID: 5227f8b04ccd68cec8f6a77c3bef6bdc9701beac

I, Susan Bliler, declare as follows:

1. I make this declaration based on my own personal knowledge. I am a named Plaintiff in this case. If called as a witness, I could and would testify competently to the matters described in this declaration.

2. I have reviewed Exhibit 5 to the Declaration of Andy Legolvan (ECF 48-6) in support of Defendant Anthropic's motion to dismiss. For each title listed in Exhibit 5 that references me as the "Asserting Plaintiff," I allege in the First Amended Complaint that I have a copyright interest in each of those works, including *T Tyce (Skin Walkers 15)*, *Skin Walkers: Leto*, and *A Lion's Pride* and that I opted out of the *Bartz* settlement.

3. I personally opted out of the Bartz settlement on January 23, 2026 by emailing the following email word document with the text belong:


Amendment to Claim

SB Susan Bliler
To: info@AnthropicCopyrightSettlement.com

Reply Reply all Forward ...
Fri 1/23/2026 12:55 PM

Amendment email lttr.docx
16 KB

Susan Bliler
Alpha She, Ltd
(406) 799-0336
SusanBliler.com

DISCLAIMER: The information disclosed in this e-mail is highly sensitive, confidential, legally privileged, and copyrighted material. It is intended solely for the addressee. Access to this message by any other person is NOT permitted. If you are not the intended recipient of this e-mail, delete immediately. The copying, transfer, misuse, disclosure, distribution, claiming, or any action taken or omitted to be taken in reliance on it is prohibited and is unlawful. If you received this e-mail by mistake, please e-mail the sender by replying to this message, and DELETING the original and any printout thereof.

AUTHOR

Susan Bliler
1912 32nd St S
Great Falls, MT 59405
AlphaShe@SusanBliler.com
(406) 799-0336



Doc ID: 5227f8b04ccd68cec8f6a77c3bef6bdc9701beac

January 22, 2026

RE: Amendment to Anthropic Claim

Claim No.:NHXJGFLAWG

Bartz v. Anthropic

c/o JND Legal Administration

PO Box 91204

Seattle, WA 98111

To Whom It May Concern:

My name is Susan Bliler, and I filed a claim in the above-referenced action. I want to amend my claim to remove/opt out the following three (3) books only:

| Title: | Author: | Publisher: | US Copyright #: |
|---|---|---|---|
| ISBN/ASIN: | | | |
| A Lion's Pride | Susan A. Bliler | Create Space | TXU002181377 |
| 9798603932088 | | | |
| Skin Walkers: Leto | Susan A. Bliler | Create Space | TXU001848525 |
| 9781483916699 | | | |
| Tyce (Skin Walkers 15) | Susan A. Bliler | Create Space | TXU002072361 |
| 9781979335799 | | | B077176V72 |

I would like for my 13 other books listed in my claim to remain in the settlement. Please contact me with any questions or concerns. Thank you.

Sincerely,

Susan A. Bliler

Self-published Author

and attach proof of such.

4. On January 29, 2026, I received confirmation from the claims administrator via email as is shown below:



Doc ID: 5227f8b04ccd68cec8f6a77c3bef6bdc9701beac

info@AnthropicCopyrightSettlement.com
To: You
Thu 1/29/2026 5:35 PM

Dear Susan,

Thank you for your email. We confirm receipt of your opt-out request for those three works.

Regards,

Anthropic Copyright Settlement Administrator
Toll-Free: 877-206-2314
www.AnthropicCopyrightSettlement.com
[BRS]

Reply Forward

5. On or about September 4, 2026, I received an email notification from the *Bartz* claims administrator showing a Consolidated Claim Form Summary. The 3 books that I opted-out: *A Lion's Pride; Tyce (Skin Walkers 15)*; and *Skin Walkers: Leto* were all still listed in the claim form summary despite me timely opting out. I received Anthropic's opt-out confirmation; however, the books are still in the settlement. I tried calling them at 1-877-206-2314; however, their offices are closed and have not heard back.

6. I did not release Anthropic for these three (3) books and challenge Anthropic's assertion of such in their motion to dismiss.

7. Despite my efforts to confirm that I have timely opted out for these three (3) titles, I have not received a response.

8. It is my intent to not accept the *Bartz* settlement money for these three (3) titles and to pursue claims in the First Amended Complaint for my titles as alleged (ECF 37 at ¶33).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 09 / 30 / 2026, 2026, at Great Falls, Montana.

Susan Bliler



Doc ID: 5227f8b04ccd68cec8f6a77c3bef6bdc9701beac