**JAMES H. BARTOLOMEI, III P.A.**
James H. Bartolomei III (SBN 301678)
Of Counsel at Duncan Firm, P.A.
Michael P. Manapol (SBN 258300)
809 W. 3rd Street
Little Rock, Arkansas 72201
Telephone: (501) 228-7600
james@duncanfirm.com
michael@manapollaw.com

**GAFNI & LEVIN, LLP**
Adam I. Gafni, Esq. (SBN 230045)
11811 San Vicente Blvd.
Los Angeles, California 90049
Telephone: (424) 744-8344
adam@gafnilaw.com

**DONIGER / BURROUGHS**
Stephen M. Doniger (SBN 179314)
Benjamin F. Tookey (SBN 330508)
Andres Navarro (SBN 358499)
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
stephen@donigerlawfirm.com
btookey@donigerlawfirm.com
anavarro@donigerlawfirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

THOMAS WILLIAM SHAKESPEARE, et. al.,

*Plaintiffs*,

v.

ANTHROPIC PBC, et. al.,

*Defendants*.

Case No. 5:26-cv-05931-PCP

**DECLARATION OF PLAINTIFF BERT BATES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**



Doc ID: d1979495373af30d23d1f54d9f656641f0d2c175

I, Bert Bates, declares as follows:

1. I make this declaration based on my own personal knowledge. I am a named Plaintiff in this case. If called as a witness, I could and would testify competently to the matters described in this declaration.

2. I have reviewed Exhibit 1 to the Declaration of Andy Legolvan (ECF 48-2) in support of Defendant Anthropic's motion to dismiss. For the title listed in Exhibit 1 that references Bert Bates and Kathy Sierra as "Asserting Plaintiff," I allege in the First Amended Complaint that Kathy Sierra and I have a copyright interest in the work as authors and have a written agreement showing we own the copyright interest in the title *Head First Java*.

3. Despite the United States Copyright Office listing O'Reilly Media Inc. in Ex. 1 (ECF 48-2) as the copyright claimant, I possess competent evidence (a fact question) to show Kathy Sierra and I have legal standing to assert the claims in the First Amended Complaint (ECF 37 at ¶¶29-30) and will produce a written agreement showing this in fact discovery that Ms. Sierra and I own the copyright.

4. The title *OCA/OCP JAVA SE 7 PROGRAMMER I & II STUDY GUIDE (EXAMS IZ0-803 & IZ0-804)* is a book that I authored; however, the copyright was assigned to publisher and any claims I may have are withdrawn from this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10 / 01 / 2026, 2026, at Lopez Island, Wa.

Bert Bates

Bert Bates



Doc ID: d1979495373af30d23d1f54d9f656641f0d2c175