**JAMES H. BARTOLOMEI, III P.A.**
James H. Bartolomei III (SBN 301678)
Of Counsel at Duncan Firm, P.A.
Michael Manapol (SBN 258300)
809 W. 3rd Street
Little Rock, Arkansas 72201
Telephone: (501) 228-7600
james@duncanfirm.com
michael@manapollaw.com

**GAFNI & LEVIN, LLP**
Adam I. Gafni, Esq. (SBN 230045)
11811 San Vicente Blvd.
Los Angeles, California 90049
Telephone: (424) 744-8344
adam@gafnilaw.com

**DONIGER / BURROUGHS**
Stephen M. Doniger (SBN 179314)
Benjamin F. Tookey (SBN 330508)
Andres Navarro (SBN 358499)
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
stephen@donigerlawfirm.com
btookey@donigerlawfirm.com
anavarro@donigerlawfirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

THOMAS WILLIAM SHAKESPEARE, ET AL.,

*Plaintiffs*,

v.

ANTHROPIC PBC, a Delaware public benefit corporation; DARIO AMODEI, an individual, and BENJAMIN MANN, an individual,

*Defendants*.

Case No. 5:26-cv-5931-PCP
*Hon. P. Casey Pitts Presiding*

**DECLARATION OF MICHAEL P. MANAPOL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**

Hearing Date: December 17, 2026
Time: 10:00 a.m.
Courtroom: 8, 4th Floor

I, Michael P. Manapol, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court, and I am one of the attorneys of record for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Opposition to Defendant Anthropic PBC's Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 48) (the "Opposition") and Plaintiffs' concurrently filed Request for Judicial Notice. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Class Action Complaint filed on August 19, 2024, as Docket No. 1 in *Bartz v. Anthropic PBC*, No. 3:24-cv-05417-AMO (N.D. Cal.) ("*Bartz*"), which I obtained from the Court's CM/ECF system. The Opposition cites Exhibit 1 in Sections II.C and IV.E.2.

3. Attached hereto as Exhibit 2 is a true and correct copy of the First Amended Class Action Complaint filed on December 4, 2024, as Docket No. 70 in *Bartz*, which I obtained from the Court's CM/ECF system. The Opposition cites Exhibit 2 in Sections II.C, IV.E.1, and IV.E.2.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Order on Fair Use filed on June 23, 2025, as Docket No. 231 in *Bartz*, which is reported at 787 F. Supp. 3d 1007, which I obtained from the Court's CM/ECF system. The Opposition cites Exhibit 3 in Sections IV.E.1 and IV.E.2, and the First Amended Complaint refers to it at paragraphs 11 and 225 through 227 and in footnotes 1 and 12.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Order on Class Certification filed on July 17, 2025, as Docket No. 244 in *Bartz*, which I obtained from the Court's CM/ECF system. The Opposition cites Exhibit 4 in Sections IV.D, IV.E.1, IV.E.2, IV.F.2, and IV.F.3.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Memorandum Opinion on Preliminary Approval of Class Action Settlement filed on October 17, 2025, as Docket No. 437 in *Bartz*, which I obtained from the Court's CM/ECF system. The Opposition cites Exhibit 5 in Section II.C.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Notice of Motion and

Motion for Final Approval of Class Action Settlement filed on March 19, 2026, as Docket No. 619 in *Bartz*, which I obtained from the Court's CM/ECF system. The Opposition cites Exhibit 6 in Sections II.C and IV.E.2.

8. Attached hereto as Exhibit 7 is a true and correct copy of pages 1 through 27 of the Declaration of Jennifer M. Keough of JND Legal Administration, the settlement administrator in *Bartz*, filed on March 19, 2026, as Docket No. 619-3 in *Bartz* in support of the motion for final approval, which I obtained from the Court's CM/ECF system. Pages 1 through 27 consist of the declaration itself; the remaining pages of Docket No. 619-3 (pages 28 through 294) consist of exhibits to the declaration, which I have omitted because of their volume. The Opposition cites Exhibit 7 in Section IV.A.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Order Granting Final Approval of Class Action Settlement; Granting in Part Motion for Attorney's Fees, Reimbursement of Expenses, and Plaintiff Service Awards; Judgment, filed on July 20, 2026, as Docket No. 680 in *Bartz*, which I obtained from the Court's CM/ECF system. The Opposition cites Exhibit 8 in Sections II.C, IV.A, and IV.E.2, and the First Amended Complaint refers to it at paragraph 234.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Order Denying Motion to Dismiss filed on June 11, 2026, as Docket No. 61 in *Strike 3 Holdings, LLC v. Meta Platforms, Inc.*, No. 5:25-cv-06213-EKL (N.D. Cal.), which I obtained from the Court's CM/ECF system. The Opposition cites Exhibit 9 in Section IV.F.

11. Attached hereto as Exhibit 10 is a true and correct copy of Defendant Anthropic PBC's Notice of Motion and Motion for Partial Dismissal filed on August 3, 2026, as Docket No. 103 in *Concord Music Group, Inc. v. Anthropic PBC*, No. 5:26-cv-00880-EKL-SVK (N.D. Cal.), which I obtained from the Court's CM/ECF system. The Opposition cites Exhibit 10 in Section IV.F.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2, 2026, at Coppell, Texas.

/s/ *Michael P. Manapol*
Michael P. Manapol