# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas William Shakespeare, et al.,<br>Plaintiff(s)<br>v.<br>Anthropic PBC, et al.,<br>Defendant(s) | CASE No C 5:26-cv-5931-PCP<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Hon. S. James Otero (Ret.) | Jams Mediation
  515 S. Flower St, Ste 4500
  Los Angeles, CA 90071

> ***Note**: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*
- ☐ other requested deadline:

Date: 11/12/2026 /s/ Stephen M. Doniger
Attorney for Plaintiff

Date: 11/12/2026 /s/ Amir Jabbari
Attorney for Defendant

☐ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*